## STATE OF CONNECTICUT *v.* LUIS ALMEDINA

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 46 (AC 29671), is denied.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided March 10, 2010